STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

## NOT DESIGNATED FOR PUBLICATION

Edward D. Owens
Camp D - E - 3 DOC No. 95068
Louisiana State Prison
Angola, LA 70712

**REHEARING ACTION: June 8, 2011**

**Docket Number: 11   00176-KH**

**STATE OF LOUISIANA
VERSUS
EDWARD D. OWENS**

**Writ Application from Sabine Parish Case No. 89-CR-38422**

**BEFORE JUDGES:**

Hon. Sylvia R. Cooks
Hon. John D. Saunders
Hon. Marc T. Amy

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Edward D. Owens** has this day been

**DENIED.**

cc: Hon. Don M. Burkett, Counsel for  the Respondent